

## NUMBER 13-26-00489-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

NORMAN TUCKER,                                                      Appellant,

v.

THE STATE OF TEXAS,                                                 Appellee.

## ON APPEAL FROM THE 319TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Justices Peña, West, and Fonseca
### Memorandum Opinion by Justice West

This cause is before the court on appellant's request to withdraw appeal. Counsel for appellant signed the motion, and the appellant signed an attached statement (made under penalty of perjury) indicating that he wishes to withdraw and voluntarily dismiss the appeal. We find the motion and statement together substantially comply with the requirements of Texas Rules of Appellate Procedure 42.2(a) that appellant and attorney

must sign a written motion to dismiss an appeal. *See* TEX. R. APP. P. 42.2(a). Without

passing on the merits of the case, we grant the motion to dismiss and dismiss the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will

be entertained.

JON WEST<br>
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
30th day of July, 2026.